| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: Jeremiah Smith | Telephone: (313) 226-9100 |
|---|---|---|
| | Special Agent: Austin Dawn | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Jamar McKissic

Case No.   Case: 2:25−mj−30732
Assigned To : Unassigned
Assign. Date : 12/1/2025
Description: CMP USA v. McKissic (jo)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____August 5, 2025____ in the county of ____Wayne____ in the ____Eastern____ District of ____Michigan____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2119 | Carjacking |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Austin Dawn, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: December 1, 2025

_____
Judge's signature

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Austin Dawn, being first duly sworn, hereby state:

**INTRODUCTION**

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and began my tenure on November 05, 2023. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered to conduct investigations and make arrests of offenses enumerated under federal law. I am currently assigned to the Pontiac Gun Violence Task Force ("GVTF"), which was established by the Oakland County Sheriff's Office and the ATF. Additionally, I am a member of the ATF Detroit Field Division, Group II, Crime Gun Enforcement Team ("CGET"). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the Eastern District of Michigan. As an ATF Special Agent, I have received specialized training at the Federal Law Enforcement Training Center including the Criminal Investigator Training Program and Special Agent Basic Training. During these programs, I received a total of twenty-seven weeks of instruction on subjects including federal criminal law, conducting criminal investigations, interview techniques, surveillance, undercover operations, evidence collection, and firearms trafficking.

1

2. During my employment with ATF, I have participated in investigations of criminal violations relating to firearms, violent crime, and controlled substances. I have participated in various aspects of criminal investigations, including interviews, physical surveillance, and obtaining and executing search warrants. I am familiar with and have employed various investigative methods, including electronic surveillance, visual surveillance, and search warrants.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4. The ATF and the Detroit Police Department ("DPD") are investigating Jamar MCKISSIC ("MCKISSIC") (DOB: XX/XX/2006) and others for violations of 18 U.S.C. § 2119 (Carjacking).

## PROBABLE CAUSE

### A. The August 5, 2025 Carjacking

5. On August 5, 2025, at approximately 10:27 p.m., DPD responded to an armed robbery/carjacking scene near the intersection of W. Chicago and Marlowe

2

in Detroit, MI. When officers arrived, they discovered Adult Victim 1 (AV-1) lying on his back in the street. AV-1 told police he had been in his vehicle, parked on the side of the road, talking on the phone, and drinking when two males—armed with guns—approached his black 2021 'High Country' model Chevrolet Tahoe (VIN 1GNSKTKL4MR381503) and told him to "get the fuck out of the car." AV-1 reported that one of the males opened AV-1's driver side door, hit AV-1 several times in the head with a handgun, and threw AV-1 on the ground. AV-1 stated that, while he laid on the ground, he observed the males enter the Tahoe and drive away. AV-1 required medical treatment and was taken to the hospital.

6. AV-1 initially reported to officers that he recognized one of the males as "Mook". However, in a later statement with DPD, AV-1 indicated that "Mook" might not have been the one who hit him over the head, but that he saw "Mook" getting into the rear passenger's side of his Tahoe after he was assaulted. AV-1 stated that a Taurus, G2C, 9mm pistol, AV-1's wallet, and other personal items were inside the 2021 Chevrolet Tahoe when it was stolen.

7. DPD officers identified "Mook" as a known moniker for M.M., who resides on Marlowe Street, two houses away from where the carjacking occurred. M.M. is also a known associate of MCKISSIC.

8. During a later interview with ATF, AV-1 reported that during the carjacking, one of the male suspects initiated the carjacking by tapping on the glass of his passenger side door with a firearm and then pointed it at him. AV-1 described

3

the suspect as a younger, short, black male with "nappy hair." This description is consistent with MCKISSIC's physical appearance. During the interview with ATF, AV-1 reported that were three males involved in the carjacking.

9. Based on AV-1's vehicle identification number (VIN), it appears the 2021 Chevy Tahoe 'High Country' was manufactured in Arlington, Texas, and therefore had crossed state lines prior to it be taken from AV-1 in the state of Michigan on or about August 5, 2025.

B. The Investigation of M.M. and McKissic

10. I am familiar with both M.M. and MCKISSIC. Through the course of this investigation, I have reviewed known images—both Secretary of State and booking photographs—of M.M. and MCKISSIC. I have also reviewed images posted to their respective social media accounts. I have reviewed body worn camera (recorded within the last year) of law enforcement officers' interactions with MCKISSIC and M.M. I have also reviewed numerous jail calls in which MCKISSIC and M.M. were participants. I have also had personal interactions with MCKISSIC.

11. On August 29, 2025, ATF obtained a federal search warrant for M.M.'s Instagram account. ATF subsequently obtained and reviewed these records.

12. On August 6, 2025, at 12:11 a.m., approximately an hour and half after the carjacking of AV-1, the user of M.M.'s account posted a video to the account's story, which is available for a period of 24 hours. The story appears to be a video M.M. recorded from the rear passenger's seat of an SUV that has features consistent

4

with being a 2021 Chevy Tahoe 'High Country'. In the video, I identified MCKISSIC as the driver of the SUV. M.M. and MCKISSIC were the only two people in the car.

13. At various points in the video, the vehicle's steering wheel and instrument panel and center console are visible. I compared those features of the vehicle with stock images of a 2021 Chevy Tahoe 'High Country' on Kelly Blue Book's website and determined that the features appeared to be the same. Additionally, in the video, M.M. pans around and shows that the vehicle has rear seat heating controls, a sunroof, and third row seating, also consistent with AV-1's 2021 'High Country' model Chevy Tahoe.

14. As an example, Image 01 is a screenshot from the August 6, 2025 12:11 a.m. video showing the vehicle's steering wheel with a Chevy logo, part of the instrument panel, and push button gear selectors to the right of the steering wheel. Image 02 is a stock image of the same area of a 2021 'High Country' model Chevy Tahoe.

 

**Image 01**  **Image 02**

15. In the August 6, 2025, 12:11 a.m. video, MCKISSIC, holds up a handgun equipped with a combination flashlight and green laser beam. M.M. holds up a handgun that appears to be equipped with a machinegun conversion device (MCD) and states, "with that fast shit" and later states "get the fuck over then bitch before I put this switch on that bitch" as the vehicle passes another vehicle.

16. In the August 6, 2025, 12:11 a.m. video, MCKISSIC drives the Tahoe through what I recognized to be the intersection of Fenkell and Hubbell on Detroit's west side and M.M. states they are "picking up baby bro."

17. On August 6, 2025, at approximately 1:49 p.m., the user of M.M.'s Instagram account posted a second video to the account's story. The story appears to have been recorded at night and from the same vantage point as the August 6,

6

2025, 12:11 a.m. video, suggesting it was recorded around the same time. In the August 6, 2025, 1:49 p.m. video, M.M. tagged the Instagram account "babymar2081." I previously reviewed the Instagram account "babymar2081" and believe it to be operated by MCKISSIC.

In the August 6, 2025, 1:49 p.m. video, MCKISSIC is driving what appears to be AV-1's 2021 Chevy Tahoe 'High Country' and briefly holds up what appears to be a handgun by the inserted extended magazine. MCKISSIC is identifiable in both the August 6, 2025, 12:11 a.m. video and August 6, 2025, 1:49 p.m. video by his distinct arm tattoos. Image 03 is a screenshot from the August 6, 2025, 1:49 p.m. video showing MCKISSIC's arm tattoos. For comparison, Image 04 and is a photograph previously posted publicly to the Instagram account "babymar2081."



**Image 03**  **Image 04**

18. In the August 6, 2025, 1:49 p.m. video, MCKISSIC drives the Tahoe on what I recognized to be the I-96 freeway, near exit 185 near Grand River Ave and Schaefer Hwy. I recognize this location to be approximately two miles from the location of the carjacking of AV-1.

19. On August 6, 2025, at approximately 6:02 p.m., the user of M.M.'s Instagram account posted a third video story depicting MCKISSIC and M.M. brandishing suspected firearms while sitting in the back trunk of an SUV (Image 05). Based on my training and experience, I recognize the firearm MCKISSIC is holding to be a Glock Gen 5 compact pistol. I compared Image 05 to a stock image of a 2021 Chevy Tahoe 'High Country', (Image 06). The vehicle in Image 05 has similar double exhaust, taillights, bumper, size, and shape to the publicly available stock image of a 2021 Chevy Tahoe High Country.

 

**Image 05**                                   **Image 06**

8

20. On August 6, 2025, at approximately 1:44 p.m., the user of M.M.'s Instagram account messaged another Instagram user "ima have yo money later after I sell this black truck" and sent two images of a black Chevy Tahoe High Country, followed by a message stating "Got off wit dis 1."

### C. Search Warrant At McKissic's Residence

21. The law enforcement database idiCore, Michigan Secretary of State records, and recent Michigan Department of Corrections records all list XXX King Street at MCKISSIC'S residence in Detroit, MI.

22. On November 26, 2025, ATF agents and DPD officers executed a federal search warrant at MCKISSIC'S home. MCKISSIC was located inside the residence. In the home's basement, law enforcement found a diamond encrusted, banded watch in a backpack that included documents belonging to MCKISSIC (Image 07). The watch is consistent in appearance to the watch MCKISSIC was wearing on August 6, 2025, when he was posing for photographs in the suspected carjacked Tahoe. (Image 05—zoomed in).

9



**Image 05 (zoom)**  **Image 07**

23.     Police also found four firearms in the home. An AK-47 style pistol was located in the egress window attached to the basement. An Any Other Weapon (AOW) was found in a second-floor center, upstairs bedroom underneath a bed. A loaded Glock model 27 Gen 5 .40 caliber pistol with an extended magazine and paint worn off the slide release was located in the southwest bedroom underneath the mattress (Image 08), which is registered to MCKISSIC's mother. This firearm is consistent in appearance with the firearm MCKISSIC is holding while seated in the rear of the suspected carjacked Tahoe.

10




**Image 05 (zoom)**                              **Image 08**

## CONCLUSION

24.     There is probable cause to believe that on August 5, 2025, within the Eastern District of Michigan, MCKISSIC and others took a motor vehicle transported, shipped, or received in interstate commerce from the person or presence of another by force and violence or by intimidation and with intent to cause death or serious bodily harm in violation of 18 U.S.C. § 2119.

11

        Respectfully submitted,

        _____
        Austin Dawn, Special Agent
        Bureau of Alcohol, Tobacco,
        Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Hon. Elizabeth A. Stafford
United States Magistrate Judge

Date: December 1, 2025