UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                      Case No. 26-20087
v.                                HONORABLE MARK GOLDSMITH

JAMAR MCKISSIC,

      Defendant.

## ORDER TO BRING DEFENDANT TO COURT

The Defendant, Jamar McKissic was to appear for a Pretrial Conference on April 27, 2026. He refused to get on the transportation to come to Court. The United States Marshals Service (the "Marshals Service") and the Federal Bureau of Prisons ("BOP") are requested to produce Defendant Jamar McKissic in the above captioned proceeding for a Pretrial Conference, on April 28, 2026, at 3:00 p.m. in Courtroom 815 located in Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.  In the event that Defendant McKissic refuses to leave the facility where he is held or refuses to comply with any rules or procedures of the Marshals Service or the BOP regarding his transportation to court, the Service and the BOP may use such force as is reasonable to produce the defendant to Court for the hearing.

      SO ORDERED.

Dated:  April 27, 2026                  s/Mark A. Goldsmith
          Detroit, Michigan           MARK A. GOLDSMITH
                                      United States District Judge