UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                Case No. 26-CR-20087
                                      HON. MARK A. GOLDSMITH

JAMAR MCKISSIC,

       Defendant.

_____/

### **ORDER DENYING MOTION TO REASSIGN CASE (Dkt. 18)**

Defendant Jamar McKissic has filed a motion to reassign this case (Dkt. 18) to the Hon. Linda Parker, who is the assigned judge in United States v. Murray, No. 25-cr-20631, on the theory that cases are "related" within the meaning of E.D. Mich. LCrR 57.10(4)(C); Judge Parker's case has the lower number.  The Government has filed a response opposing the motion (Dkt. 21).  The Government's view is correct.

The cases are not related.  The defendant in Murray is charged with illegal possession of a machinegun on August 7, 2025.  McKissic is charged in the instant case with a carjacking that allegedly took place on August 5, 2025 and possession of a weapon that allegedly took place on November 26, 2025.  These are distinct occurrences, and "substantially similar evidence" will not be offered at the two trials, within the meaning of E.D. Mich. LCrR 57.10(b)(4)(i) and (ii).  In any case, the rules regarding reassignment of related cases do not confer any rights on defendants. Sinito v. United States, 750 F.2d 512, 515 (6th Cir. 1984) ("[L]ocal rules governing the assignment of cases are designed as internal housekeeping rules to promote the efficient operation of the district courts; they are not meant to confer rights on litigants.").

The motion is denied.

       **SO ORDERED.**

Dated: April 30, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 30, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager